# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

**SEALED**

**FILED**
SEP 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of:  )
USPS Priority Mail Parcel, with delivery  )
confirmation # 9405 8036 9930 0294 9555 50,  )   Case No.
addressed to "STEVE STARNER #113 150  )
LINCOLN BLVD STE 104 LINCOLN CA 95648-  )   2:16-SW-565 EFB
1886"  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See ATTACHMENT A, attached hereto and incorporated by reference.**

located in the _____Eastern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

**See ATTACHMENT B, attached hereto and incorporated by reference.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and possession with intent to distribute a controlled substance; |
| 21 U.S.C. § 843(b) | Illegal use of the mails in furtherance of narcotic trafficking; and |
| 21 U.S.C. § 846 | Attempt and conspiracy to commit the foregoing offenses |

The application is based on these facts:

**See Affidavit of U.S. Postal Inspector Jason Bauwens, attached hereto and incorporated by reference.**

- ☒ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Jason Bauwens, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____August 23, 2016____

_____
Judge's signature

City and state: Sacramento, California       Edmund F. Brennan, United States Magistrate Judge

*Printed name and title*

## Affidavit of U.S. Postal Inspector Jason Bauwens

I, Jason Bauwens, being duly sworn, hereby depose and state:

## Purpose

1. This Affidavit is made in support of a search warrant for a:

    a. USPS Priority Mail Parcel, with delivery confirmation # 9405 8036 9930 0294 9555 50, addressed to "STEVE STARNER #113 150 LINCOLN BLVD STE 104 LINCOLN CA 95648-1886" (hereinafter referred to as "**THE PARCEL**").

**THE PARCEL** is in the temporary custody of the U.S. Postal Inspection Service ("USPIS") and is described more particularly in Attachment A, which is attached hereto and fully incorporated herein. I believe there is probable cause to believe that **THE PARCEL** contains evidence, fruits, proceeds, or instrumentalities of violations of 21 U.S.C. § 841(a)(1) (distribution, and possession with intent to distribute, a controlled substance), 21 U.S.C. § 843(b) (illegal use of the mails in furtherance of narcotic trafficking), and 21 U.S.C. § 846 (attempt and conspiracy to commit the foregoing offenses). The evidence, fruits, and instrumentalities to be searched for and seized are more fully described in Attachment B, which is attached hereto and incorporated fully herein.

## Agent Background

1. I am a Postal Inspector with the U.S. Postal Inspection Service (USPIS), currently assigned to the Sacramento, CA office, with the responsibility of conducting criminal investigations involving violations of federal and state law, including illegal drugs and drug proceeds being sent through the U.S. Mail, money laundering, robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, identity theft and counterfeit personal checks and identifications. I have been employed as a federal law enforcement officer/agent for over 12 years. Throughout my law enforcement career, I successfully graduated from multiple federal law enforcement training academies. In 1998, I graduated from the National Park Service Law Enforcement Academy in Sylva, North Carolina, which was a ten week police academy. In 2003, I graduated from the National Park Ranger Integrated Police Training Program at the Federal Law Enforcement Training Center in Glynco, GA, which was a sixteen week police academy. Most recently, I graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, GA, which was a 12-week training program. Throughout my career, I have investigated approximately one thousand criminal violations involving federal, state and tribal laws. I have instructed hundreds of hours of

1

training related to the detection, identification and investigation of narcotics trafficking. I have testified at various federal and state court proceedings. I have participated in multiple Title III Wire Intercept investigations and worked with confidential informants. Through my training, experience, and interaction with other experienced Postal Inspectors, Task Force Officers, and other drug trafficking investigators, I have become familiar with the methods employed by drug traffickers to smuggle, safeguard, store, transport, and distribute drugs; to collect and conceal drug-related proceeds; and to communicate with other participants to accomplish such objectives. I have received specialized training in narcotics investigation matters including, but not limited to, drug interdiction, drug detection, money laundering techniques and schemes, and drug identification.

2. I have participated in numerous investigations targeting individuals and organizations trafficking heroin, cocaine, marijuana, methamphetamine, and other controlled substances and narcotics proceeds. During the course of these investigations, I have become familiar with the manner in which drug traffickers use the mail to conduct their illegal operations. I have written numerous search warrants related to parcel interdiction efforts.

3. I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant.

4. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## Statement of Probable Cause

A.  **Parcel Identification**

5. On August 20, 2016, law enforcement was conducting follow up on an ongoing drug proceeds investigation. During the investigation, law enforcement profiled a parcel destined for an address in Lincoln, California. During a visual and physical examination of **THE PARCEL**, law enforcement noticed several anomalies and characteristics that their training and experience have shown are characteristic of parcels containing controlled substances and/or proceeds of narcotics trafficking.

6. **THE PARCEL** was sent by Priority Mail. Priority Mail parcels are assigned a tracking number that allows the sender, recipient, or anyone else with the tracking number to identify the parcel's location in the mail stream.

7. The recipient name and address listed on **THE PARCEL**, has been previously identified by law enforcement as the same name and address used on numerous other suspicious parcels identified in an ongoing narcotics investigation.

8. On August 2, 2016, pursuant to a federal search warrant, law enforcement seized $9,000 from a parcel going to a resident in Lincoln, California. Following the seizure of the parcel, a Sacramento attorney representing the sender and receiver of the parcel, identified "Steven Starner" as the sender of the money, which is the same name listed on **THE PARCEL**.

9. A search for the return address on **THE PARCEL**, "ANGELA WILD 12121 SE 72ND TERRACE RD BELLEVIEW FL 34420-4645" was conducted using CLEAR, a database used by law enforcement to verify names and addresses. The address is an actual address and Angela Wild is currently associated to the address. Following checks of law enforcement databases, law enforcement determined the sender of **THE PARCEL** lives with and is married to Louis Wild. Louis Wild has prior arrests and convictions for the production and sales of marijuana.

10. A search for the intended recipient on **THE PARCEL**, "STEVE STARNER #113 150 LINCOLN BLVD STE 104 LINCOLN CA 95648-1886" was conducted using CLEAR, a database law enforcement utilizes to verify names and addresses. A check of CLEAR determined the address belonged to a commercial mail receiving business called PJ's Mail Service in Lincoln, CA. On August 17, 2016, law enforcement visited PJ's Mail Service and contacted the owner of the business. Law enforcement received a copy of the rental agreement for Box #113, along with copies of the drivers' licenses provided by the renter of Box #113. The renter of the box was identified as Stephen E. Starner, with a spelling slightly different from which was written on **THE PARCEL**. Furthermore, the owner of PJ's stated she knew the renter of Box #113 and she said it was very suspicious that STARNER never received any "real mail" at the box but only received parcels, which she said were nearly identical each time. She said the parcels were always from out of state and were always the small flat rate sized boxes. Based on my training and experience and the training and experience of other law enforcement officers with whom I have consulted, I know persons who traffic narcotics and/or proceeds of narcotics trafficking through the US Mail, often provide incomplete and/or incorrectly spelled names on a parcel in order to remain anonymous. Additionally, based on my training and experience and the training and experience of other law enforcement officers with whom I have consulted, I know persons who traffic in narcotics and/or proceeds of narcotics trafficking through the US Mail often use post office boxes and/or commercial mail receiving businesses as a way to remain anonymous to law enforcement.

11. A further search in CLEAR for the recipient of **THE PARCEL**, Stephen E. Starner, determined that his current address is 5151 Wise Road, Lincoln, CA 95648. The PJ's Mail Service application completed by Stephen E. Starner also listed his address as 5151 Wise Road, Lincoln, CA 95648. On multiple occasions in July 2016, law enforcement conducted aerial surveillance of the 5151 Wise Road property and observed marijuana plants growing.

12. A search of California property records determined that the owner of the property listed as 5580 Quiet Place, Lincoln, CA 95648 is listed as Stephen E. Starner. In July 2016, law enforcement observed marijuana plants growing on the property.

B. <u>Narcotic Detection Canine Sniff</u>

13. On August 22, 2016, Task Force Officer (TFO) Noah Brommeland utilized his narcotic-detection trained canine named "Dash" to sniff **THE PARCEL**. At the time, **THE PARCEL** was located at the Royal Oaks Post Office in Sacramento, CA. Prior to conducting the sniff of **THE PARCEL**, the area was proofed by TFO Brommeland. K9 Dash did not give a positive alert to the presence of an odor of narcotics in the area. **THE PARCEL** was then placed among other postal equipment and parcels. At approximately 11:20 AM, TFO Brommeland and K9 Dash conducted a search of the area and Dash positively alerted to the presence of a narcotic odor emanating from **THE PARCEL**.

14. TFO Brommeland has been a full-time sworn peace officer in the State of California since 1998 and is employed by the Placer County District Attorney's Office as a DA Investigator. From 1998 to 2005, Brommeland served with the Santa Clara County Sheriff's Office as a Deputy and Sergeant. Currently Brommeland is assigned to the United States Postal Inspection Service, Narcotics and Economic Crime Investigations (NECI) Task Force at the Sacramento Domicile of the San Francisco Division. Task Force duties involve the investigation of the unlawful transportation of contraband, including controlled substances and drug proceeds, through the United States Mail.

15. On November 28, 2014, TFO Brommeland was assigned Dash. Dash is a yellow Labrador Retriever selected from a specialty breeder in Texas. Dash was born on December 31, 2013. Dash is a "signal purpose" working canine, trained in the area of narcotic detection under the instruction of Retired Deputy Sheriff John Riboni of the Los Angeles County Sheriff's Department. Mr. Riboni has over thirty-five years of experience with Police K9s, is a Post K9 Certifier, and was formerly a Judge with the Western States Police Canine Association. Dash and TFO Brommeland have over one hundred forty (140) hours of specialized training from Mr. Riboni in the detection of marijuana, cocaine, heroin, and methamphetamine. Dash and TFO Brommeland were subsequently certified by Mr. Ron Goodpaster from Roseville Police Department on February 18, 2015 as being proficient in the detection of

4

narcotic substances in high, low, and buried locations. Dash and TFO Brommeland were last certified on June 14, 2016. Training is ongoing for Dash and TFO Brommeland.

16. Dash's alert consists of physical and mental reactions, which include heightened emotional state, and pawing or a deliberate sit at the area or object he smells drug odor coming from. Dash has completed training exercises where known controlled substances, containers, or paraphernalia were hidden. Because of the absorption of odor, and a narcotic detection dogs' inherently keen smell, the narcotic detection dog will continue to alert on the container or item depending on the length of exposure to the controlled substance, the specific controlled substance, and the ventilation of the item or container. Dash also conducts regular proofing exercises to ensure that he does not alert to regular, non-narcotics-associated odors including food, plastic bags and wrap, tape, and other items. Proofing is a method used in training to ensure the canine alerts only to the odors for which it is trained to alert. Dash has also been proofed using circulated and non-circulated U.S. currency.

C. **Methods and Means of Using the United States Mail**

17. Based on my experience, training, and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mail to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances and/or proceeds from controlled substances include, but are not limited to, the following:

    a. It is common practice for shippers of the controlled substances to use Express Mail and Priority Mail because the drugs arrive at the destination more quickly and on a predictable date. Express Mail and Priority Mail, when paired with a special service such as delivery confirmation, allow traffickers to monitor the progress of the shipment of controlled substances. Traffickers pay for the benefit of being able to confirm the delivery of the parcel by checking the Postal Service Internet website and/or calling the local post office.

    b. Packages containing controlled substances or proceeds, in many instances, contain a fictitious return address, incomplete return address, no return address, a return address that is the same as the addressee address, or a return address that does not match the place from which the parcel was mailed. These packages are also sometimes addressed to or from a commercial mail receiving agency (e.g. Mail Boxes Etc.). A shipper may also mail the parcel containing controlled substances from an area different from the return address on the parcel because: (1) the return address is fictitious; and/or (2) the shipper is attempting to conceal the actual location from which the parcel was mailed. These practices are used by narcotics

traffickers to hide from law enforcement officials the true identity of the persons shipping and/or receiving the controlled substances or proceeds.

c. Individuals involved in the trafficking of controlled substances through the United States Mail will send and receive Express or Priority mailings on a more frequent basis than a normal postal customer. Drug traffickers exhibit a higher rate of using Express Mail and Priority Mail due to their frequent exchanges of controlled substances and the proceeds from the sale of these controlled substances.

d. In order to conceal the distinctive smell of controlled substances from narcotics detection dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all seams. In addition, the parcels often contain other smaller parcels which are carefully sealed to prevent the escape of odors. Perfumes, coffee, dryer sheets, tobacco, or other substances with strong odors are also sometimes used to mask the odor of the controlled substances being shipped. Drug traffickers will often use heat/vacuum sealed plastic bags, and/or re-sealed cans in an attempt to prevent the escape of orders.

e. California is typically a source state for drugs, especially marijuana. It is common for individuals in California to mail parcels containing narcotics to other states and then receive mail parcels containing cash payments in return.

18. Based on my training and experience, I know that parcels shipped by drug traffickers sometimes contain information and documentation related to the sales and distribution of controlled substances. The documentation can include, but is not limited to, information and instructions on the breakdown and distribution of the controlled substances at the destination; information on the use and effects of the various controlled substances; information about the actual sender; pay/owe sheets; and information and instructions for ordering future controlled substances.

19. Drug traffickers who use the United States Mail and other carriers as a means of distributing controlled substances, paraphernalia, and proceeds, and as a means of communicating with co-conspirators often include the following in parcels relating to their trafficking activity, all of which are evidence, fruits, proceeds, and/or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846:

///

///

a. Controlled substances, including heroin, cocaine, methamphetamine, and marijuana.

b. Packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

c. Records reflecting the mailing or receipt of packages through Express Mail, Priority Mail, Federal Express, UPS or any other common carrier.

d. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including financial records related to the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

e. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold or concealed.

f. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

g. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

///

///

///

///

///

## Conclusion

20. Based on the facts set forth in this Affidavit, I believe there is probable cause that evidence, fruits, proceeds, or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846 are concealed in **THE PARCEL**. Accordingly, I respectfully request the issuance of a search warrant authorizing the search of **THE PARCEL** described in the Attachment A and the seizure of the items described in Attachment B.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Jason Bauwens
United States Postal Inspector

Sworn and Subscribed to me on August 23, 2016

Hon. Edmund F. Brennan
United States Magistrate Judge

Approved as to form:

Timothy H. Delgado
Assistant United States Attorney

## ATTACHMENT A

### *Description of the Parcel to be Searched*

One Priority Mail Parcel, measuring 8.75" x 5.5" x 1.75", weighing 12 ounces, sent via Priority Mail 2-DAY with tracking number 9405 8036 9930 0294 9555 50. **THE PARCEL** is addressed to "STEVE STARNER #113 150 LINCOLN BLVD STE 104 LINCOLN CA 95648-188" with a return address of "ANGELA WILD 12121 SE 72ND TERRACE RD BELLEVIEW FL 34420-4645". **THE PARCEL** bears a "Click-N-Ship" label with meter number 9405 8036 9930 0294 9555 50 0068 0000 0089 5648, mailed from ZIP CODE 34420 on August 18, 2016, in the amount of $6.80 on the top of the label on **THE PARCEL**.

**THE PARCEL** is currently in my possession in the Eastern District of California.

## ATTACHMENT B

### *List of Items to be Seized*

The following items constitute evidence, fruits, proceeds, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

1. Controlled substances of any kind, including but not limited to heroin, cocaine, methamphetamine, and/or marijuana.

2. Packing, packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

3. Any and all records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.

4. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including any and all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

5. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold or concealed.

6. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

7. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
SEP 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of: ) <br> ) <br> USPS Priority Mail Parcel, with delivery confirmation # ) <br> 9405 8036 9930 0294 9555 50, addressed to "STEVE ) <br> STARNER #113 150 LINCOLN BLVD STE 104 ) <br> LINCOLN CA 95648-1886" ) <br> ) | Case No.  2:16-SW-565-EFB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     EASTERN     District of     CALIFORNIA    
*(identify the person or describe the property to be searched and give its location)*:

**See ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**See ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before     September 6, 2016     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to:  <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  8-23-2016 at 2:30 p.m.                       _____
                                                                                                                        *Judge's signature*

City and state:     Sacramento, California                        Hon. Edmund F. Brennan, United States Magistrate Judge
                                                                                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

# Return

| Case No.: | Date and time warrant executed: 8/23/16 1530 HRS | Copy of warrant and inventory left with: USPS |

Inventory made in the presence of: C. Grinold / J. Bauwens

Inventory of the property taken and name of any person(s) seized:

1 Box containing Amazon Fire Stick

# Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_J. Bauwens_    9/14/16

Subscribed, sworn to, and returned before me this date.

_Carolyn Delaney_    9/14/2016

Signature of Judge
Carolyn K. Delaney
U.S. Magistrate Judge

Date