PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:16-SW-565 EFB |
|---|---|
| USPS Priority Mail Parcel, with delivery confirmation # 9405 8036 9930 0294 9555 50, addressed to "STEVE STARNER #113 150 LINCOLN BLVD STE 104 LINCOLN CA 95648" | SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon Motion of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 8-24-2016

Hon. Edmund F. Brennan
United States Magistrate Judge