PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

SEALED

FILED
JAN - 9 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' APPLICATION FOR A SEARCH WARRANT CONCERNING:<br><br>USPS PRIORITY MAIL PARCEL, WITH DELIVERY CONFIRMATION # 9405 8036 9930 0294 9555 50, ADDRESSED TO "STEVE STARNER #113 150 LINCOLN BLVD STE 104 LINCOLN CA 95648-1886" | CASE NO. 2:16-SW-0565-EFB<br><br>ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 1-9-2017

Hon. Edmund F. Brennan
United States Magistrate Judge

ORDER TO UNSEAL SEARCH WARRANT